In the Matter of HAROLD ANDERSON et al., Appellants, v. THEODORE H. LANG et al., Constituting the Department of Personnel and Civil Service Commission of the City of New York, et al., Respondents.—

No opinion. Concur — Breitel, J. P., McNally, Stevens, Steuer and Bergan, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. GUSTAVE ISEAR. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH JOHNSON. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY VISHNITZER.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

In the Matter of SAM KRAMASH v. H. SOMER, INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 8, 1962, with notice of argument for March 20, 1962, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before March. 14, 1962. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

In the Matter of the Arbitration between GAYLEY MILL CORPORATION and PRINCETON RAYON CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JESSE CORSOVER.— Enlargement of time granted. Concur — Breitel, J. P., McNally, Stevens, Steuer and Bergan, JJ.